1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  JERRY E. TORRES,                    Case No. 1:11-cv-00819 JLT (PC)
12         Plaintiff,                   ORDER TO SHOW CAUSE WHY THIS
                                        ACTION SHOULD NOT BE DISMISSED
13     vs.                              FOR FAILURE TO PROSECUTE
14  V. QUINONES, et al.,
15         Defendants.
16  _____/

17      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action
18  pursuant to 42 U.S.C. § 1983. By order filed July 15, 2011, the Court directed Plaintiff to, within
19  30 days, file an amended complaint curing the deficiencies in his pleadings as identified by the Court
20  in its screening order. (Doc. 6.) The Court also warned Plaintiff that failure to comply with the
21  Court's order would result in the dismissal of his case. (Id.) The thirty-day period has since expired,
22  and Plaintiff has failed to file an amended complaint or otherwise respond to the Court's July 15,
23  2011 order.

24      Accordingly, it is **HEREBY ORDERED** that within fourteen (14) days from the date of
25  service of this order, Plaintiff shall show cause in writing why this action should not be dismissed
26  for his failure to state a claim and for his failure to prosecute. Alternatively, Plaintiff may file an
27  amended complaint that complies with the Court's July 15, 2011 order.
28  ///

1 | **Plaintiff is firmly cautioned that failure to comply will result in the dismissal of this
2 | case.**
3 | IT IS SO ORDERED.
4 | Dated:   **August 22, 2011**                               /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE